IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD SCHULTZ, on behalf of himself and all other similarly situated, | ) ) ) |
| Plaintiff, | ) Case No. 1:25-cv-00663 |
| v. | ) ) ) |
| THE FLY FISHERS, INC. | ) ) |
| Defendant. | ) ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Richard Schultz, and Defendant, The Fly Fishers, Inc., by and through their undersigned counsel, hereby stipulate that this action shall be DISMISSED, with prejudice, as between all parties, and, each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: March 4, 2025

/s/ Paul Camarena

Paul Camarena
1016 W. Jackson, No. 32
Chicago, IL 60607
(312) 493-7494
northandsedgwicklaw@gmail.com

*Counsel for Plaintiff Ricard Schultz*

Respectfully submitted,

/s/ Michael [signature]

ATTORNEY FOR DEFENDANT
N30 W29085 HILLCREST DR
PEWAUKEE, WI
53072
STATE BAR NO 1018532